# Court of Appeals
# of the State of Georgia

ATLANTA, January 13, 2017

*The Court of Appeals hereby passes the following order:*

**A17A0742.  BENJAMIN BIRBECK v. STATE OF GEORGIA.**

Upon motion by the appellant, with the agreement of the appellee, this case is hereby REMANDED to the trial court to allow it to correct and substitute a new written sentencing order, after which the appellant may file a new Notice of Appeal within thirty (30) days thereof, if he so desires.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  01/13/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    , *Clerk.*